# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| FAIR HOUSING OPPORTUNITIES OF, NORTHWEST OHIO, INC., *et al.*, | CASE NUMBER: 3:23-cv-01300-DAC |
| Plaintiffs, | MAGISTRATE JUDGE DARRELL A. CLAY |
| vs. | <u>DISMISSAL ENTRY</u> |
| UPPER SANDUSKY, LLC, etc., *et al.*, | |
| Defendants. | |

\* \* \* \* \* \*

Now come the parties herein, by and through counsel, and represent to the Court that all matters in controversy have been settled and that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter be and here is dismissed with prejudice. Each part to bear its own costs.

DATE: June 5, 2024

DARRELL A. CLAY
MAGISTRATE JUDGE

APPROVED:

/s/ C. Jacob Davis

C. Jacob Davis, Esq., Counsel for Hailey Meronk
Jacob.davis@nallslaw.com

/s/ Christopher F. Parker

Christopher F. Parker, Esq.
Counsel for Defendants
cparker@gpblaw.com

/s/ George Thomas

George Thomas, Esq., Counsel for
The Fair Housing Center
gthomas@toledofhc.org

1